IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
OCT 1 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-48-BLG-SPW |
| Plaintiff, | ORDER DISMISSING INDICTMENT WITH PREJUDICE |
| vs. | |
| DANIELLE FROST, | |
| Defendant. | |

Upon the United States' Motion to Dismiss Indictment with Prejudice (Doc. 6), under Fed. R. Crim. P. 48(a), and for good cause being shown,

IT IS HEREBY ORDERED that the indictment is **DISMISSED WITH PREJUDICE**.

DATED this 30th day of September, 2019.

SUSAN P. WATTERS
United States District Judge

1